IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. STEVENSON, | 1:04-cv-1746 AWI TAG HC |
| Petitioner, | |
| vs. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| K. PROSPER, | (Docs. 1-2 and 1-5) |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1)

Petitioner has filed an application to proceed in forma pauperis (Doc. 1-2) and a certified copy of petitioner's prison trust account statement (Doc. 1- 5). Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the application to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated:   **January 9, 2007**                    **/s/ Theresa A. Goldner**
**j6eb3d**                                        UNITED STATES MAGISTRATE JUDGE