# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEVENSON,           ) | 1:06-cv-01746 AWI-TAG (HC) |
| )                            | |
| Petitioner,     ) | ORDER ADOPTING FINDINGS AND |
| )                            | RECOMMENDATIONS |
| )                            | (Doc. 11) |
| v.              ) | |
| )                            | ORDER DISMISSING PETITION FOR WRIT |
| )                            | OF HABEAS CORPUS |
| K. PROSPER,                  ) | (Doc. 1, Attach. 1) |
| )                            | |
| Respondent.     ) | ORDER DIRECTING CLERK OF COURT TO |
| )                            | ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 8, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED for violation of the AEDPA's one-year limitation period, as a successive petition, and on grounds of res judicata. (Doc. 11). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. On April 28, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. 12).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the

1

record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis; the "objections" do not address the Magistrate Judge's analysis, but instead reargue the position that Petitioner's sentence is illegal.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 8, 2008 (Doc. 11), is ADOPTED IN FULL;
2. The petition for writ of habeas corpus (Doc. 1, Attach. 1) is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   May 1, 2008**                             **/s/ Anthony W. Ishii**
                                            UNITED STATES DISTRICT JUDGE